UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLY MILLER, *individually and on behalf of all others similarly situated*,

                                    Plaintiff,

                v.

GALISON PUBLISHING LLC,

                                    Defendant.

22-CV-0660 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

       This case has been assigned to me for all purposes.  It is hereby:

       ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action.  To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

       IT IS FURTHER ORDERED that within fifteen (15) additional days (i.e., within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:      February 7, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge