UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLY MILLER, *individually and on behalf of all others similarly situated*,

          Plaintiff,

v.

GALISON PUBLISHING LLC,

          Defendant.

No. 22-CV-0660 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 7, 2022, the Court directed the parties to submit a letter, within 45 days of service of the summons and complaint, indicating whether they would prefer for the Court to (1) refer the case to mediation or a magistrate judge, or (2) schedule an initial status conference in the matter. Dkt. 6. The Court has not yet received that letter. The parties are directed to file their joint status letter no later than July 8, 2022.

SO ORDERED.

Dated:    July 1, 2022
             New York, New York

                                      Ronnie Abrams
                                      United States District Judge