UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIMBERLY MILLER, *on behalf of herself and all other persons similarly situated*,

Plaintiff,

v.

GALISON PUBLISHING LLC,

Defendant.

No.  22-CV-660 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court has been advised that mediation in this matter was not held.  On or before August 23, 2022, the parties shall file a joint letter updating the Court as to why mediation did not take place as ordered.

SO ORDERED.

Dated:    August 16, 2022
          New York, New York

_____

Ronnie Abrams
United States District Judge